UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| WAYNE GILMORE, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RIDGEWOOD JACKSON MS LLC, a Delaware Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

CAUSE NO.: 3:18-cv-89-CWR-FKB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: August 24, 2018

Respectfully Submitted,                                    Respectfully Submitted,

/s/ Louis Mussman                                          /s/ Trey C. Dellinger          .
Louis Mussman, Esq.                                        Trey C. Dellinger, Esq.
Pro Hac Vice                                               Roy H. Liddell, Esq.
Ku & Mussman, P.A.                                         WELLS MARBLE & HURST, PLLC
18501 Pines Blvd., Suite 209-A                             300 Concourse Boulevard, Suite 200
Pembroke Pines, FL 33029                                   Ridgeland, Mississippi 39157
Telephone: (305) 891-4534                                  P. O. Box 131
Facsimile: (305) 891-4512                                  Jackson, Mississippi 39205-0131
louis@kumussman.com                                        Telephone: (601) 605-6920
                                                           Facsimile: (601) 605-6901
       and                                                 tdellinger@wellsmar.com

John W. Kitchens, Esq.                                     *Attorneys for Defendant*
Kitchens Law Firm, P.A.
Post Office Box 799

1

205 West Railroad Avenue South
Crystal Springs, MS 39059
Telephone: (601) 892-3067
Facsimile: (601) 892-3057
jkitchens@kitchenslaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2018, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

    Roy H. Liddell, Esq.
    Trey C. Dellinger, Esq.
    WELLS MARBLE & HURST, PLLC
    300 Concourse Boulevard, Suite 200
    Ridgeland, Mississippi 39157
    P. O. Box 131
    Jackson, Mississippi 39205-0131

                                    By: */s/ Louis Mussman*
                                        Louis Mussman, Esq.